WILLIAM HUND, JR., and Another, Respondents, v. LOUISA BEHRINGER, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

THE SAMUEL STORES, Respondent, v. POPULAR OUTFITTING COMPANY, INC., Appellant.— Motion granted and order of modification and affirmance entered July 6, 1916, amended so as to retain the provision awarding costs to plaintiff in the trial court.   (See 174 App. Div. 925.)

HENRY WILLIS, as a Stockholder, etc., Appellant, v. THE CITY OF ROCHESTER, Respondent, Impleaded, etc.— Motion for leave to appeal to Court of Appeals granted and questions for review certified.

RALPH S. CRELLIN, Respondent, v. MORRIS ALTMAN, Appellant.— Order dismissing appeal vacated upon condition that appellant file and serve printed papers and brief within two weeks and pay to respondent's attorney ten dollars.

In the Matter of the Application of JANE K. HAMILTON, as a Creditor of JOHN PHELPS, Deceased, for Authority to Dispose of His Real Property for the Payment of His Debts, etc.— Motion to dismiss appeal granted unless appellants shall file and serve printed papers by November fourth and be ready to argue appeal at opening of November, 1916, term.

In the Matter of the Application of JAMES O. SEBRING and WARREN J. CHENEY for an Order Determining and Enforcing Their Lien upon Funds in the Hands of WILLIAM W. MASTERMAN, as Treasurer of Steuben County, etc.— Motion to dismiss appeal granted, unless appellants shall file and serve printed papers by November fourth and be ready to argue appeal at opening of November, 1916, term.

JOHN C. THOMAS, Appellant, v. FRANCIS G. WARD, as Commissioner, etc., and Others, Respondents.— Motion granted and appeal dismissed, with costs.

MARY HARDING, Respondent, v. WOOLFENDEN CHEMICAL COMPANY, INC., Appellant.— Motion granted and appeals dismissed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMMA J. LUDWIG, Appellant.— Appeal dismissed upon stipulation filed.

UTICA GAS AND ELECTRIC COMPANY, Appellant, v. PERRY KINGSTON, Respondent.— Motion granted to preclude respondent from being heard upon the appeal unless respondent shall file and serve printed brief within twenty days and pay to respondent's attorneys ten dollars and be ready to argue the appeal at the opening of November term.

CENTRAL TRUST COMPANY OF NEW YORK, Plaintiff, v. THE PITTSBURG, SHAWMUT AND NORTHERN RAILROAD COMPANY and Others, Respondents, Impleaded with CENTRAL TRUST COMPANY OF NEW YORK, as Trustee, etc., Appellant.— Order entered May 27, 1916, as resettled June 17, 1916, affirmed, with ten dollars costs and disbursements.   All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs.   All concurred; DeAngelis, J., not sitting,